# EXHIBIT A

| | |
|---|---|
| **From:** | Gor, Sergio N. EOP/WHO |
| **To:** | Dellinger, Hampton |
| **Cc:** | Morse, Trent M. EOP/WHO |
| **Subject:** | A Notice from the White House |
| **Date:** | Friday, February 7, 2025 7:22:59 PM |

Good evening Hampton,

On behalf of President Donald J. Trump, I am writing to inform you that your position as Special Counsel of the US Office of Special Counsel is terminated, effective immediately.

Thank you for your service,

Sergio


--

Sergio Gor
Assistant to the President
Director of Presidential Personnel Office
The White House