## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,

                  Plaintiff,

                -against-

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,

                  Defendants.

Civil Case No. _____

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

UPON CONSIDERATION OF Plaintiff Hampton Dellinger's motion for a temporary restraining order and accompanying memorandum, it is hereby

ORDERED that the motion is GRANTED.

It is DECLARED that Plaintiff Hampton Dellinger is the Special Counsel.

It is further DECLARED that the President's removal of Special Counsel Dellinger from office, and any recognition of an Acting Special Counsel in his place, is unlawful.

It is further ORDERED that the Defendants Secretary Scott Bessent, Director Sergio Gor, Principal Deputy Special Counsel Karen Gorman, Chief Operating Officer Karl Kammann, and Director Russell Vought are ENJOINED from removing Special Counsel Dellinger from his office or in any way treating him as having been removed, denying or obstructing Mr. Dellinger access to any of the benefits or resources of his office, placing an Acting Special Counsel in Mr. Dellinger's position, or otherwise recognizing any other person as Special Counsel or as the head of the Office of Special Counsel, pending further order of the Court.

IT IS SO ORDERED.

Dated: _____                    _____
        Washington, D.C.                                        U.S. District Judge