# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Civil Case No. _____ |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 65.1

I, Joshua A. Matz, declare as follows:

1. I am the lead counsel for Plaintiff Hampton Dellinger and am a partner at the law firm Hecker Fink LLP, with offices at 1050 K Street, NW, Washington, DC 20001. I am making this declaration in support of the plaintiff's motion for a temporary restraining order and to comply with Local Rule 65.1. The statements in this declaration are based on my personal knowledge, research conducted for this case, and my communications with the U.S. Department of Justice.

2. Pursuant to Local Rule 65.1(a), at approximately 9:13 AM on February 10, 2025, counsel for Plaintiff called the phone number listed on the U.S. Department of Justice Federal Programs Branch's website, (202) 514-1259, and left a voicemail for Alex Haas, Director of the Federal Programs Branch, providing notice of Plaintiff Hampton Dellinger's complaint and motion for a emergency temporary restraining order to be filed in the U.S. District Court for the District of Columbia at approximately 10:00 AM on February 10, 2025, and providing Plaintiff counsel's contact information.

3. As soon as possible after filing the Complaint and TRO papers in this proceeding, counsel for Plaintiff will provide copies of the relevant papers by certified mail to Defendants, as well as to the United States Attorney's Office for the District of Columbia, and the Office of the Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Joshua A. Matz*
Joshua A. Matz, Bar. No. 1045064

DATED: February 10, 2025
Washington, DC