AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Hampton Dellinger, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25 Civ. 00385 |
| Scott Bessent, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hampton Dellinger.                                                                                          .

Date:     02/10/2025

/s/ Jackson Erpenbach
*Attorney's signature*

Jackson Erpenbach, Bar No. 1735493
*Printed name and bar number*

HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
*Address*

jerpenbach@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*