UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Civil Case No. _____ |

## MOTION FOR ADMISSION PRO HAC VICE OF KATE L. DONIGER

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* of Kate L. Doniger as counsel for Plaintiff Hampton Dellinger.

The declaration of Ms. Doniger in support of this motion is attached hereto.

                              Respectfully submitted,

                              /s/ Joshua A. Matz
                              Joshua A. Matz, Bar. No. 1045064
                              HECKER FINK LLP
                              1050 K Street NW
                              Suite 1040
                              Washington, DC 20001
                              (212) 763-0883
                              jmatz@heckerfink.com

                              *Attorney for Plaintiff Hampton Dellinger*

DATED: February 10, 2025
        Washington, DC

## CERTIFICATE OF SERVICE

      I, Joshua Matz, certify that I caused a copy of the foregoing Motion for Admission Pro Hac Vice of Kate L. Doniger to be served upon all counsel via certified mail on February 10, 2025.

                              By: /s/ Joshua Matz

                                   Joshua Matz