UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,<br><br>    Plaintiff,<br><br>  -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>    Defendants. | Civil Case No. _____ |

**DECLARATION OF KATE L. DONIGER**

I, Kate L. Doniger, hereby declare under penalty of perjury as follows:

1. My full name is Kate Linsley Doniger.

2. My office address is Hecker Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, New York 10118. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of New York, the State of Massachusetts, the United States Courts of Appeals for the Second and Eleventh Circuits, and the U.S. District Court for the Southern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

By: _____
Kate L. Doniger
HECKER FINK LLP
350 Fifth Avenue
63rd Floor
New York, NY 10118
(212) 763-0883
kdoniger@heckerfink.com

*Attorney for Plaintiff Hampton Dellinger*

DATED: February 10, 2025
Washington, DC