UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Civil Case No. _____ |

## MOTION FOR ADMISSION PRO HAC VICE OF BENJAMIN STERN

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* of Benjamin Stern as counsel for Plaintiff Hampton Dellinger.

The declaration of Mr. Stern in support of this motion is attached hereto.

                                          Respectfully submitted,

                                          /s/ Joshua A. Matz
                                          Joshua A. Matz, Bar. No. 1045064
                                          HECKER FINK LLP
                                          1050 K Street NW
                                          Suite 1040
                                          Washington, DC 20001
                                          (212) 763-0883
                                          jmatz@heckerfink.com

                                          *Attorney for Plaintiff Hampton Dellinger*

DATED: February 10, 2025
        Washington, DC

## CERTIFICATE OF SERVICE

      I, Joshua Matz, certify that I caused a copy of the foregoing Motion for Admission Pro Hac Vice of Benjamin Stern to be served upon all counsel certified mail on February 10, 2025.

                                          By: /s/ Joshua Matz

                                               Joshua Matz