UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,

        Plaintiff,

-against-

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,

        Defendants.

Civil Case No. _____

## DECLARATION OF BENJAMIN STERN

I, Benjamin Stern, hereby declare under penalty of perjury as follows:

1. My full name is Benjamin Matthew Stern.

2. My office address is Hecker Fink LLP, 1050 K Street, Suite 1040, Washington, D.C. 20001. My office telephone number is (212) 763-0883.

3. I am a member of the District of Columbia Bar.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the District of Columbia and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

By: _____

Benjamin Stern
HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
Telephone: 212.763.0883
bstern@heckerfink.com

*Attorney for Plaintiff Hampton Dellinger*

DATED: February 10, 2025
       Washington, DC