IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAMPTON DELLINGER,

          *Plaintiff*,

v.

SCOTT BESSENT, *et al.*,

          *Defendants*.

Civil Action No. 1:25-cv-00385-ABJ

## DEFENDANTS' NOTICE OF THE PRESIDENT'S DESIGNATION OF ACTING SPECIAL COUNSEL

Undersigned counsel respectfully notifies the Court that in the afternoon on Tuesday, February 11, 2025, the President designated the Secretary of Veterans Affairs, Doug Collins, to serve as Acting Special Counsel. As the Department of Justice explained in its filing in the United States Court of Appeals on Wednesday, February 12, 2025, this Court's administrative stay "makes it impossible for the office to be filled by the presidential designee." Defendants-Appellants' Reply in Support of Emergency Mot. for Stay Pending Appeal, *Dellinger v. Bessent, et al.*, No. 25-5025, at 8 and n.1 (Feb. 12, 2025); *see also* February 10, 2025 Minute Order (Defendants "may not . . . recognize the authority of any other person as Special Counsel[.]").

Dated: February 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

*/s/ Christopher R. Hall*
CHRISTOPHER R. HALL
*Assistant Branch Director*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 514-4778

Email: Christopher.Hall@usdoj.gov

MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*