IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER,<br><br>               *Plaintiff*,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>               *Defendants*. | Civil Action No. 1:25-cv-00385-ABJ |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's entry of a Temporary Restraining Order. *See* ECF No. 14.

Defendants intend to request a stay of this Court's Order pending appeal, including an immediate administrative stay, from the United States Court of Appeals for the District of Columbia Circuit.

Dated: February 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street, NW<br>
Washington, DC 20530<br>
Telephone: (202) 451-7722<br>
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*