# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

HAMPTON DELLINGER                                                                                   PLAINTIFF

    v.                Civil Action No. 1:25-cv-00385-ABJ

SCOTT BESSENT, *et al.*                                                                            DEFENDANTS

Leave to File GRANTED

## MOTION TO INVERVENE

*[Signature]*
U.S. District Judge
2/13/2025

This is a *pro se* action by Mitchell Wine (Intervenor) to join the instant complaint via Federal Rule of Civil Procedure 24(a)(2). Mr. Wine proposes to intervene on behalf of the Defendants as he has direct interest in the adjudication of Plaintiff Dellinger's neglect of duty and malfeasance in office based on Intervenor Wine's ongoing Merit Systems Protection Board (MSPB) case DA-1221-24-0451-W-1. Intervenor Wine does further aver:

1. Intervenor notes that in Plaintiff's February 10, 2025, complaint to this tribunal Plaintiff states, "The one-sentence email does not allege any inefficiency, neglect of duty, or malfeasance in office by Special Counsel Dellinger, nor could it".

2. Intervenor possesses material evidence that Plaintiff indeed committed neglect of duty and/or malfeasance in office and attaches the material evidence to this motion in the form of Intervenor's aforementioned MSPB appeal (Attachment A).

3. The MSPB appeal attachment demonstrates Intervenor submitted a non-frivolous employment practices complaint against the Department of the Interior that was received by Plaintiff in his duties at the Office of Special Counsel on May 21, 2024, and closed without notice to Intervenor and without investigation on May 22, 2024.

4. Plaintiff was required by 5 C.F.R. 1214(a)(1)(A) to receive and investigate Intervenor's complaint detailed in Attachment A and Plaintiff neglected this duty out of malfeasance.

1

5. Intervenor attaches a separate letter (Attachment B) from the Office of Special Counsel that unlawfully states the OSC will not investigate any claims of prohibited personnel practices submitted by Intervenor (and Plaintiff has ensured the mandate in the letter was upheld under his supervision).

6. As a result of Plaintiff's malfeasance in his duties, Intervenor's ongoing MSPB appeal has been incorrectly labeled as an "Individual Right of Action" appeal despite having never been investigated (nor exhausted) by the OSC, and the MSPB judge refuses to address the directly appealable employment practice at the heart of the appeal.

7. Plaintiff should be removed from his duties at the OSC and Intervenor should be allowed to obtain discovery from Plaintiff regarding why he has corrupted Intervenor's MSPB appeal by neglecting his job duties and/or committing malfeasance.

8. If, as part of this proceeding, it is demonstrated that Plaintiff's actions related to Intervenor's OSC complaint as described herein represent inefficiency, neglect, and/or malfeasance, then Intervenor is entitled to a proper OSC investigation into his complaint and a *de novo* hearing at the MSPB.

9. Intervenor's rights and interests are not currently represented by any party to the instant complaint, thus he should be permitted to join the case as a matter of right.

10. Intervenor respectfully requests that he be permitted to join in this matter as a party.

                                        Respectfully submitted,

                                        */s/ Mitchell Wine*

                                        Mitchell Wine
                                        101 Newnata Cutoff
                                        Mountain View, Arkansas 72560
                                        501-350-7663
                                        mitchwine@hotmail.com

## CERTIFICATE OF SERVICE

This filing was transmitted to the court via email on February 11, 2025, at: dcdml_intake@dcd.uscourts.gov. It will be automatically transmitted to appropriate attorneys of record when uploaded to the court's electronic filing system.

## PART 1 - Appellant and Agency Information
### Everyone must complete Part 1.

*Please type or print legibly.*

**1. Name** *(last, first, middle)*

Last: Wine   First: Mitch   M. Initial: 

Please list your first name as it appears in your official personnel records. For example, if your first name is "William" on your official personnel records, please list it that way on the appeal form, not "Bill" or "Willy."

**2. Present address** *(number and street, city, State, and Zip code)*
**You must promptly notify the Board in writing of any change in your mailing address while your appeal is pending.**

Address: 101 Newnata Cutoff
City: Mountain View   State: Arkansas   Zip Code: 72560

**3. Telephone Numbers** *(include area code) and E-Mail Address*
**You must promptly notify the Board in writing of any change in your telephone number(s) or e-mail address while your appeal is pending.**

Home: (501) 350-7663   Work: (501) 513-4488   Fax:    Cell: 5013507663
e-Mail Address: mitchwine@hotmail.com

**4. Name and address of the agency that took the action or made the decision you are appealing** *(include bureau or division, street address, city, State and Zip code)*

Agency Name: Department of the Interior
Bureau: U.S. Fish and Wildlife Service
Address: 110 South Amity Road
City: Conway   State: Arkansas   Zip Code: 72032   Phone Number: 

**5. Your Federal employment status at the time of the action or decision you are appealing:**
- [ ] Permanent
- [ ] Temporary
- [ ] Term
- [ ] Seasonal
- [x] Applicant
- [ ] Retired
- [ ] None

**6. Type of appointment (if applicable):**
- [ ] Competitive
- [ ] Excepted
- [ ] Postal Service
- [ ] SES
- [x] Other *(describe)*:

**7. Your position, title, grade, and duty station at the time of the action or decision you are appealing (if applicable):**

Occupational Series or Cluster: GS-401
Position Title: Biologist
Grade or Pay Band: GS 11/12
Duty Station: Conway, Arkansas

**8. Are you entitled to veteran's preference?** See **5 U.S.C. § 2108**.
- [x] Yes
- [ ] No

**9. Length of Federal service (if applicable):** 15 Years    Months

**10. Were you serving a probationary, trial, or initial service period at the time of the action or decision you are appealing?**
- [ ] Yes
- [x] No

**11. HEARING:** You may have a right to a hearing before an administrative judge. If you elect not to have a hearing, the administrative judge will make a decision on the basis of the submissions of the parties. Do you want a hearing?
- [x] Yes
- [ ] No

**Attachment A**

Appeal Number: 2024A010222
Submission Date: Jun 28 2024  4:34PM
Confirmation Number: 10004032

MSPB Form 185, Page 2 (5/13)
5 C.F.R. Parts 1201, 1208, and 1209

Page 1 of 15

**PART 2 - Agency Personnel Action or Decision (non-retirement)**

**Complete this part if you are appealing a Federal agency personnel action or decision other than a decision directly addressing your retirement rights or benefits.** This includes certain actions that might not otherwise be appealable to the Board: individual right of action (IRA) appeals under the Whistleblower Protection Act (WPA); appeals under the Uniformed Services Employment and Reemployment Rights Act (USERRA); or appeals under the Veterans Employment Opportunities Act (VEOA). An explanation of these three types of appeals is provided in **Appendix A**.

12. Check the box that best describes the agency **personnel action or decision** you are appealing. (If you are appealing more than one action or decision, check each box that applies.)

- [ ] VA SES Removal from civil service
- [ ] Removal (termination after completion of probationary or initial service period)
- [ ] Termination during probationary or initial service period
- [ ] Reduction in grade, pay, or band
- [ ] Suspension for more than 14 days
- [x] Failure to restore/reemploy/reinstate or improper restoration/reemployment/reinstatement
- [ ] Negative suitability determination
- [ ] VA SES Transfer to general schedule
- [ ] Involuntary resignation
- [ ] Involuntary retirement
- [ ] Denial of within-grade increase
- [ ] Furlough of 30 days or less
- [ ] Separation, demotion or furlough for more than 30 days by reduction in force (RIF)
- [x] Other action (describe): This appeal could also include failure to provide initial employment in retaliation for whistleblowing activities.

13. Date you received the agency's final decision letter (if any) *(MM/DD/YYYY)*: 05/13/2024

14. Effective date (if any) of the agency action or decision *(MM/DD/YYYY)*: 05/31/2024

15. Prior to filing this appeal, did you and the agency mutually agree in writing to try to resolve the matter through an alternative dispute resolution (ADR) process?

- [ ] Yes *(attach a copy of the agreement)*
- [x] No

16. Explain briefly why you think the agency was wrong in taking this action, including whether you believe the agency engaged in harmful procedural error, committed a prohibited personnel practice, or engaged in one of the other claims listed in **Appendix A**. **Attach the agency's proposal letter, decision letter, and SF-50, if available**. Attach additional sheets if necessary (bearing in mind that there will be later opportunities to supplement your filings).

The Agency refused to refer me to the hiring manager for job announcement R4-24-12356633-BV-SDHA despite my superior credentials to fill the biologist position. I requested reinstatement to duty as well as reemployment. The Agency denied my ability to compete for the position or to be reinstated/reemployed in retaliation for protected disclosures of waste fraud and abuse as detailed in my complaint to the Office of Special Counsel.

**Appeal Number:** 2024A010222
**Submission Date:** Jun 28 2024  4:34PM
**Confirmation Number:** 10004032

MSPB Form 185, Page 3 (5/13)
5 C.F.R. Parts 1201, 1208, and 1209
Page 2 of 15

| PART 2 - Agency Personnel Action or Decision (non-retirement) (continued) |
|---|

17. With respect to the agency personnel action or decision you are appealing, have you, or has anyone on your behalf, filed a grievance under a negotiated grievance procedure provided by a collective bargaining agreement?

   ☐ Yes     ☒ No

   If "Yes," **attach a copy of the grievance**, enter the date it was filed, and enter the place where it was filed if different from your answer to question 4 in Part 1.

   Agency Name: NOT APPLICABLE     Date Filed (*MM/DD/YYYY*): NOT APPLICABLE
   Bureau: NOT APPLICABLE
   Address: NOT APPLICABLE
   City: NOT APPLICABLE     State: NOT APPLICABLE     Zip Code: NOT APPLICABLE

   If a decision on the grievance has been issued, **attach a copy of the decision** and enter the date it was issued (*MM/DD/YYYY*):

   Date Issued (*MM/DD/YYYY*): NOT APPLICABLE

**Answer Question 18 ONLY if you are filing an IRA appeal.**

18. If you filed a whistleblowing complaint with the Office of Special Counsel (OSC), provide the date on which you did so and the date on which OSC made a decision or terminated its investigation, if applicable. **Attach copies of your complaint and OSC's termination of investigation letter**, notifying you of your right to seek corrective action from the Board.

   Date Filed (*MM/DD/YYYY*): 05/21/2024

   Date of OSC decision or termination of investigation (*MM/DD/YYYY*): 06/05/2024

**Answer Question 19 ONLY if you are filing a USERRA or VEOA appeal.**

19. If you filed a complaint with the Department of Labor (DOL), list the date on which you did so, and **attach a copy of your complaint**. If DOL has made a decision on your complaint, list the date of this decision, and **attach a copy of it**. If DOL has not made a decision on your complaint within 60 days from the date you filed it, state whether you have notified DOL of your intent to file an appeal with the Board, and **attach a copy of such notification**.

   Date Filed (*MM/DD/YYYY*): NOT APPLICABLE

   Has DOL made a decision on your complaint?
   ☐ Yes     ☐ No

   If "Yes," enter the date it was made. If "No", state whether you have notified DOL of your intent to file an appeal with the Board, and **attach a copy of such notification**.

   Date of DOL decision (*MM/DD/YYYY*): NOT APPLICABLE     ☐ Notified DOL of your intent to file an appeal with the Board?

**Appeal Number:** 2024A010222
**Submission Date:** Jun 28 2024  4:34PM
**Confirmation Number:** 10004032

MSPB Form 185, Page 4 (5/13)
5 C.F.R. Parts 1201, 1208, and 1209

Page 3 of 15

| PART 5 - Certification |
|---|

27. **I certify that all of the statements made in this form and any attachments are true, complete, and correct to the best of my knowledge and belief.**

      mitchell wine                                        06/28/2024

_____       _____

Signature of Appellant or Representative                      Date *(MM/DD/YYYY)*

## Privacy Act Statement

*This form requests personal information that is relevant and necessary to reach a decision in your appeal. The Merit Systems Protection Board collects this information in order to process appeals under its statutory and regulatory authority. Because your appeal is a voluntary action, you are not required to provide any personal information to the Merit Systems Protection Board in connection with your appeal. Conceivably, failure to provide all information essential to reaching a decision in your case could result in the dismissal or denial of your appeal.*

*Decisions of the Merit Systems Protection Board are available to the public under the provisions of the Freedom of Information Act and are posted to the Merit Systems Protection Board's public website. Some information about the appeal also is used in depersonalized form for statistical purposes. Finally, information from your appeal file may be disclosed as required by law under the provisions of the Freedom of Information Act and the Privacy Act.*
*See 5 U.S.C. §§ 552, 552a.*

## Public Reporting Burden

*The public reporting burden for this collection of information is estimated to vary from 20 minutes to 4 hours, with an average of 60 minutes per response, including time for reviewing the form, searching existing data sources, gathering the data necessary, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to Office of the Clerk of the Board, Merit Systems Protection Board, 1615 M Street, N.W., Washington, DC 20419 or by e-mail to* [mspb@mspb.gov](mailto:mspb@mspb.gov).

**Appeal Number:** 2024A010222
**Submission Date:** Jun 28 2024  4:34PM
**Confirmation Number:** 10004032

MSPB Form 185, Page 7 (5/13)
5 C.F.R. Parts 1201, 1208, and 1209

Page 4 of 15

# U.S. Merit Systems Protection Board

Appeal Attachment List

| | |
|---|---|
| Appeal Number: | 2024A010222 |
| Appellant Name: | Mitch Wine |
| MSPB Office of Filing: | Department of the Interior |

| Attachments Included with e-filed Appeal ||
|---|---|
| Name of Attachment | File Name |
| Whistleblower Request, OSC Complaint | OSC_Whistleblower_Reprisal_Information.pdf |
| Whistleblowing, OSC Decision or Notification of Termination | OSC closure.pdf |

| Attachments To Be Sent Separately by Hard Copy Submission ||
|---|---|
| Name of Attachment | Submission Method |

All hard copy attachments should be submitted with the transmittal sheet below so they can be properly affiliated with the appeal by MSPB.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

\* Denotes Required Fields

# IMPORTANT INFORMATION ABOUT FILING A PPP COMPLAINT

## REQUIRED COMPLAINT FORM

Complaints alleging a prohibited personnel practice or a prohibited activity must be submitted using the Online Filing Portal or emailing OSC Form 14 to our office. Information not submitted on or accompanied by this form may be returned by OSC to the filer. The complaint will be considered filed on the date on which OSC receives the completed form. 5 C.F.R. § 1800.1, as amended.

## NO OSC JURISDICTION

OSC cannot take any action on complaints filed by employees of –
- the FBI, CIA, DIA, NSA, National Geospatial-Intelligence Agency, ODNI, National Reconnaissance Office or other intelligence agencies excluded from coverage by the President;
- the Government Accountability Office;
- the Postal Rate Commission; and
- the uniformed services of the United States (*i.e.*, uniformed military employees). OSC does have jurisdiction over civilian employees of the armed forces.

## LIMITED OSC JURISDICTION

For employees of some federal agencies or entities, OSC's jurisdiction is limited to certain types of complaints, as follows –
- FAA employees only for allegations of retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8) and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302(b)(9).
- Employees of government corporations listed at 31 U.S.C. § 9101 only for allegations of retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8) and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302 (b)(9).
- U.S. Postal Service employees only for allegations of nepotism.
- TSA employees only for allegations of discrimination under § 2302(b)(1), retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8), and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302(b)(9).

## ELECTION OF REMEDIES

You may choose only one of three possible methods to pursue your prohibited personnel practice complaint: (a) a complaint to OSC; (b) an appeal to the Merit Systems Protection Board (MSPB) (if the action is appealable under law or regulation); or (c) a grievance under a collective bargaining agreement. If you have already filed an appeal about your prohibited

OSC Online Filing Portal                                                OMB No. 3255-0005
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE                  Expires 03/31/2023
Date Received by OSC : 5/21/2024                                        Page 1 of 9

Page 6 of 15



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

personnel practice allegations with the MSPB, or a grievance about those allegations under the collective bargaining agreement (if the action is grievable under the agreement), OSC may lack jurisdiction over your complaint.5 U.S.C. § 7121(g).

## COMPLAINTS INVOLVING DISCRIMINATION

- Race, Color, Religion, Sex, National Origin, Age, and Disability (or Handicapping Condition): OSC is authorized to investigate discrimination based upon race, color, religion, sex, national origin, age, or disability (or handicapping condition), as well as retaliation related to EEO activity. 5 U.S.C. § 2302(b)(1). However, OSC generally defers such allegations to agency procedures established under regulations issued by the Equal Employment Opportunity Commission (EEOC). 5 C.F.R. § 1810.1. If you wish to report allegations of discrimination based on these bases, you should contact your agency's EEO office immediately. There are specific time limits for filing such complaints. Filing a complaint with OSC will not relieve you of the obligation to file a complaint with the agency's EEO office within the time prescribed by EEOC regulations (at 29 C.F.R. Part 1614).
- Marital Status and Political Affiliation: OSC is authorized to investigate discrimination based on marital status or political affiliation. 5 U.S.C. § 2302(b)(1).
- Sexual Orientation and Gender Identity: OSC is authorized to investigate discrimination based on sexual orientation and gender identity. 5 U.S.C. §§ 2302(b)(1) and (b)(10). EEOC also may have jurisdiction over complaints of discrimination on these bases.

## COMPLAINTS INVOLVING VETERANS' RIGHTS

By law, all complaints alleging denial of veterans' preference requirements or USERRA must be filed with the Veterans Employment and Training Service (VETS) at the Department of Labor (DOL). 38 U.S.C. § 4301, *et seq.*, and 5 U.S.C. § 3330a(a).

## CONTACT INFORMATION

**Title:** Mr.
**First Name:*** Mitchell
**Last Name:*** Wine
**Middle Initial:**

**International Address?:** No
**Address:***

OSC Online Filing Portal                                           OMB No. 3255-0005
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE                         Expires 03/31/2023
Date Received by OSC : 5/21/2024                                   Page 2 of 9

Page 7 of 15



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

101 newnata cutoff
mountain view, AR 72560
US

**Cell Phone Number:** (00000)　　　　　　　　**Home Phone Number:**
**Office Phone Number:**　　　　　　　　　　　**Ext.**
**Email Address:*** mitchwine@hotmail.com

Preferred means of contact:
**Email:** Yes　　　　　　　　　　　　　　　　**Cell phone:** Yes
**Home phone:** No　　　　　　　　　　　　　 **Office phone:** No

## REPRESENTATIVE INFORMATION

**Do you have representation?*** No

Information about representative, if applicable.　　　　　**Last Name:***
**First Name:***　　　　　　　　　　　　　　　　　　　　　**Middle Initial:**

**International Address?:**
**Address:***

**Office Phone Number:**　　　　　　　　　　　**Ext.**
**Cell Phone Number:**　　　　　　　　　　　　**Home Phone Number:**
**Email Address:***

## EMPLOYMENT INFORMATION

Name of Department/Agency about which you are filing this complaint.
**Department:*** Interior
**Agency:*** U.S. Fish and Wildlife Service
**Agency subcomponent:**
**Street Address:** 110 South Amity Road
**City:** Conway　　　　　　　　　**State:** AR
**Zip Code:** 72032

OSC Online Filing Portal　　　　　　　　　　　　　　　　　　　　　OMB No. 3255-0005
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE　　　　　　Expires 03/31/2023
Date Received by OSC : 5/21/2024　　　　　　　　　　　　　　　　Page 3 of 9

Page 8 of 15



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

**Employment Status:*** Former Federal Employee

| Title | Series | Grade |
|---|---|---|
| Fish and Wildlife Biologist | GS-401 | GS-12 |

**Please provide your dates of employment in this position.**
2003-2018

**Are you covered by a collective bargaining agreement?** No

| Employment Service Type | Employment Service Subtype | If Other (specify) |
|---|---|---|
| Other | Former civil service employee | |

## DETAILS OF YOUR COMPLAINT

Use this section to identify the type of Prohibited Personnel Practice (PPP) that you are alleging. You can enter more than one PPP, but you MUST choose one option. A customized series of questions will appear following your selection that you should use to provide detailed information about your complaint. You can return to this part at any time prior to submitting your complaint if you would like to add or remove allegations.

## PPPs ALLEGED

| Allegation | Retaliation for Whistleblowing - (b)(8) |
|---|---|
| What did you disclose? If you made your disclosure in writing, please attach a copy to your complaint before you submit it. | I continue to disclose to the federal courts that the Agency unlawfully dispatched armed federal and state law enforcement to my property on December 14, 2017, in retaliation for blowing the whistle regarding an unlawfully permitted hog farm in Arkansas, inter alia. |
| When did you disclose it? | I began disclosing it on the day the activity occurred in December 14, 2017. |
| To whom did you make your disclosure? | To your office and to DOI inspector general William Wiser. |

OSC Online Filing Portal                                               OMB No. 3255-0005
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE                             Expires 03/31/2023
Date Received by OSC : 5/21/2024                                       Page 4 of 9

Page 9 of 15



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| | |
|---|---|
| How did you learn of the information you disclosed? | I was the victim of the Agency's criminal misconduct. |
| When and how did agency officials learn about your disclosure? | They were responsible for the crime. |
| What action did the agency take in response to your disclosure? (For example, did the agency investigate or otherwise look into what you disclosed or was disciplinary action taken against responsible parties?) | The Agency covered up the criminal activity related to the hog farm and their actions in committing felony breaking and entering at my property. |
| Description of personnel action(s), if applicable. | The Agency is using a settlement agreement as a defacto gag order and are withholding more than 35 pages of documents related to their criminal misconduct on December 14, 2017. The Agency refused to reinstate me to duty under job announcement R4-24-12356633-BV-SDHA recently. I am a former USFWFS employee with 15 years of experience and achieved a GS-12 (step 7) rank. My application was not sent to the hiring manager and the agency claimed I did not possess the required experience for the position despite being more than qualified for the position. I would like the OSC to stay the agency's filling of the position as the agency decision is reprisal for whistleblowing in my former position and currently in federal case 23-cv-00158 in the U.S. District Court in Washington, D.C. |
| When was the personnel action(s) taken? By whom? | 05/13/2024 |
| What was the agency's stated reason for taking the personnel action(s)? | They claimed I was not qualified to compete for the position. |
| What facts demonstrate that the personnel action(s) is retaliatory? (For example, were comments made that | I'm extremely qualified for the position and the Agency has refused to rehire me because we are in litigation at the MSPB and in the federal courts. |

OSC Online Filing Portal  
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE  
Date Received by OSC : 5/21/2024

OMB No. 3255-0005  
Expires 03/31/2023  
Page 5 of 9

Page 10 of 15



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| | |
|---|---|
| suggest that agency officials were angry because of your disclosure or did your relationships cool following your disclosure?) | |
| Why do you believe agency officials would retaliate against you? (For example, did agency officials suffer some adverse impact or embarrassment because of your disclosure?) | I told them not to put the hog farm in the Buffalo National River watershed as it would contaminate the river. They did it anyway and forced me into retirement. The hog farm contaminated the river and tax payers were forced to bail it out for $6 million. Former Arkansas Governor Asa Hutchinson took a bribe from JBS Meat regarding the hog farm and he was brokering the pork chops to China through a convicted spy, Tai Shen Kuo. I was interviewed by the FBI regarding the facts of the matter in 2020 (I think it was 2020). |
| Were the agency officials involved in taking the personnel actions against you accused of wrongdoing in your disclosures? If yes, which ones? | Duane Padilla was almost certainly involved and he helped my former supervisor dismiss a grievance against himself (my supervisor was the subject of the grievance and Duane helped him dismiss it while claiming to be a servicing human resources officer). Otherwise. I'm not sure who made decision regarding the position as that information has not been disclosed. |

## PPP SUBJECTS

Agency official(s) responsible for the PPP(s) alleged:

| First Name | Last Name | Title | Chain of Command | Allegation |
|---|---|---|---|---|
| Duane | Padilla | | SHRO | Retaliation for Whistleblowing - (b)(8) |

## PERSONNEL ACTIONS

What personnel action(s) do you believe was taken, not taken, or threatened as part of the prohibited personnel practice(s) alleged?

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 5/21/2024

OMB No. 3255-0005
Expires 03/31/2023
Page 6 of 9

Page 11 of 15



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| **Personnel Actions** |
| --- |
| Reinstatement |
| Harassment/Hostile Work Environment |
| Psychiatric examination |
| Appointment |
| Gag Order |
| Other |

## REQUESTED OSC ACTION

**What action would you like OSC to take?**
I recently applied for a GS-11/12 position with the U.S. Fish and Wildlife Service under job announcement R4-24-12356633-BV-SDHA. I am a former USFWFS employee with 15 years of experience and achieved a GS-12 (step 7) rank. My application was not sent to the hiring manager and the agency claimed I did not possess the required experience for the position despite being more than qualified for the position. I would like the OSC to stay the agency's filling of the position as the agency decision is reprisal for whistleblowing in my former position and currently in federal case 23-cv-00158 in the U.S. District Court in Washington, D.C. I would like an investigation into the criminal misconduct by the Agency.

## WHERE ELSE DID YOU REPORT THIS MATTER?

I have also reported this information to:

| Other Report Type | Action Taken Date |
| --- | --- |
| Lawsuit filed in Federal Court | 1/1/2023 |

## ATTACHMENTS

Please note that the space available for attachments is limited. Therefore, DO NOT attach every document and email that may be relevant to your claim. You will have an opportunity to make additional submissions at a later date. We recommend limiting attachments to official forms and correspondence that document the action(s) at issue in your disclosure if these documents are relevant to your allegations.

**I have attached the following documents to my filing:**

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 5/21/2024

OMB No. 3255-0005
Expires 03/31/2023
Page 7 of 9

Page 12 of 15



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| File Name |
|---|
| Wine 18 USC 242 and False Claims Act with case number.pdf |

# CONSENT

**OSC asks everyone who files a complaint alleging a possible prohibited personnel practice or other prohibited activity to select one of three Consent Statements shown below. Please: (a) select and check one of the Consent Statements below; and (b) keep a copy for your own records.***

If you initially select a Consent Statement that restricts OSC's use of information, you may later select a less restrictive Consent Statement. If your selection of Consent Statement 2 or 3 prevents OSC from being able to conduct an investigation, an OSC representative will contact you, explain the circumstances, and provide you with an opportunity to select a less restrictive Consent Statement.

You should be aware that the Privacy Act and other applicable federal laws allow information in OSC case files to be used or disclosed for certain purposes, regardless of which Consent Statement you sign. Information about certain circumstances under which OSC can use or disclose information under the Privacy Act appears in the Form Submission part of this form.

**Consent Statement 1**
I consent to OSC's communication with the agency involved in my complaint. I agree to allow OSC to disclose my identity and information about my complaint if OSC decides that such disclosure is needed to investigate my complaint (for example, to request information from the agency or seek a possible resolution).
**Yes**

**Consent Statement 2**
I consent to OSC's communication with the agency involved in my complaint, but I do not agree to allow OSC to disclose my identity to that agency. I agree to allow OSC to disclose only information about my complaint, without disclosing my name or other identifying information, if OSC decides that such disclosure is needed to investigate my complaint (for example, to request information from the agency, or seek a possible resolution). I understand that in some circumstances, OSC could not maintain my anonymity while communicating with the agency involved about a specific personnel action. In such cases, I understand that my request for confidentiality may prevent OSC

OSC Online Filing Portal   OMB No. 3255-0005
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE   Expires 03/31/2023
Date Received by OSC : 5/21/2024   Page 8 of 9

Page 13 of 15



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

from taking further action on the complaint.
**No**

**Consent Statement 3**
I do not consent to OSC's communication with the agency involved in my complaint. I understand that if OSC decides that it cannot investigate my complaint without communicating with that agency, my lack of consent will probably prevent OSC from taking further action on the complaint.
**No**

# CERTIFICATION

**I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief. I understand that a false statement or concealment of a material fact is a criminal offense punishable by a fine, imprisonment, or both. 18 U.S.C. § 1001.***
Yes

BURDEN: The burden for this collection of information (including the time for reviewing instructions, searching existing data sources, gathering the data needed, and completing and reviewing the form) is estimated to be an average of one hour to submit a disclosure of information alleging agency wrongdoing, one hour and fifteen minutes to submit a complaint alleging a prohibited personnel practice or other prohibited activity, or 30 minutes to submit a complaint alleging prohibited political activity. Please send any comments about this burden estimate, and suggestions for reducing the burden, to the U.S. Office of Special Counsel, General Counsel's Office, 1730 M Street, NW, Suite 218, Washington, DC 20036-4505.

**This complaint of Prohibited Personnel Practice(s) was received by OSC on:**
5/21/2024

> *PLEASE KEEP A COPY OF YOUR COMPLAINT, ANY SUPPORTING DOCUMENTATION, AND ANY ADDITIONAL ALLEGATIONS THAT YOU SEND TO OSC NOW OR AT ANY TIME WHILE YOUR COMPLAINT IS PENDING.*
> *REPRODUCTION CHARGES UNDER THE FREEDOM OF INFORMATION ACT MAY APPLY TO ANY REQUEST YOU MAKE FOR COPIES OF MATERIALS THAT YOU PROVIDED TO OSC.*

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 5/21/2024

OMB No. 3255-0005
Expires 03/31/2023
Page 9 of 9

Page 14 of 15

# OSC closure

Mitch Wine <mitchwine@hotmail.com>

Fri 6/28/2024 3:24 PM

To: Mitch Wine <mitchwine@hotmail.com>



Sent from my iPhone



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
(202) 804-7000
www.osc.gov

August 31, 2021

Mitchell Wine
101 Newnata Cutoff
Mountain View, AR 72560

*Sent via email to: mitchwine@hotmail.com*

Re: OSC File No. MA-21-001811

Dear Mitchell Wine,

[redacted] Accordingly, OSC has made a final determination to close your file. Further, our staff will not process, acknowledge or respond to any future complaints, calls, emails, or any other type of correspondence submitted by you. While [redacted]

Despite OSC terminating its inquiry into your complaint, you may have the right to seek corrective action directly from the Merit Systems Protection Board (Board) under the provisions of 5 U.S.C. Sections 1214(a)(3) and 1221 because you alleged retaliation for protected disclosures or activities. You may file a request for corrective action – commonly referred to as an Individual Right of Action (IRA) appeal – with the Board within 65 days after the date of this letter. The Board regulations concerning your right to file an IRA appeal can be found at 5 C.F.R. Part 1209. Attached, please find a separate letter further explaining your IRA appeal rights.

Sincerely,

Case Review Division
U.S. Office of Special Counsel

| Dallas, TX Field Office | Detroit, MI Field Office | San Francisco, CA Field Office |
|---|---|---|
| P.O. Box 793771 | P.O. Box 760395 | P.O. Box 170023 |
| Dallas, TX 75379 | Lathrup Village, MI 48076 | San Francisco, CA 94117 |
| Telephone: (214) 974-7075 | Telephone: (313) 335-8085 | Telephone: (510) 598-2065 |

**Attachment B**