IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, <br><br> *Plaintiff*, <br><br> v. <br><br> SCOTT BESSENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00385-ABJ |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This case comes before the Court upon Defendants' Motion for Summary Judgment. Upon consideration of the Defendants' motion, their supporting memorandum and reply, the Plaintiffs' response to the motion, and any argument held thereon, it is hereby **ORDERED** that: Defendants' Motion for Summary Judgment is **GRANTED**. It is therefore **FURTHER ORDERED** that summary judgment is entered in favor of Defendants.

Done and ordered in Washington, District of Columbia, this _____ day of _____, 2025.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE