IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, *Plaintiff*, v. SCOTT BESSENT, *et al.*, *Defendants*. | Civil Action No. 1:25-cv-00385-ABJ |

## **DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 7(h), Defendants hereby submit this Statement of Material Facts Not in Dispute in conjunction with their motion for summary judgment:

1. On October 3, 2023, former President Biden nominated Plaintiff to be Special Counsel of the Office of Special Counsel. The Senate confirmed Plaintiff on February 27, 2024, and he was sworn in as Special Counsel on March 6, 2024. Compl. ¶ 30, ECF No. 1.

2. On February 7, 2025, Assistant to the President and the Director of the White House Presidential Personnel sent Plaintiff an email informing him that the President removed him as Special Counsel, effective immediately. Compl. Ex. A, ECF No. 1-1.

Dated: February 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Principal Deputy Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*