# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel,<br><br>               Plaintiff,<br><br>            -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, KAREN GORMAN, in her official capacity as Principal Deputy Special Counsel and, upon the purported removal of the Special Counsel, the Acting Special Counsel of the Office of Special Counsel, KARL KAMMANN, in his official capacity as the Chief Operating Officer of the Office of Special Counsel, DONALD J. TRUMP, in his official capacity as President of the United States of America, and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>               Defendants. | Civil Case No. 25-cv-00385-ABJ |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Kate L. Doniger*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
kdoniger@heckerfink.com

Joshua A. Matz, Bar No. 1045064
Jackson Erpenbach, Bar No. 1735493
Benjamin Stern*
HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
(212) 763-0883
jmatz@heckerfink.com
jerpenbach@heckerfink.com
bstern@heckerfink.com

*Admitted pro hac vice

*Attorneys for Plaintiff Hampton Dellinger*

Pursuant to Local Civil Rule 7(h), Plaintiff Hampton Dellinger submits this Statement of Materials Facts Not in Genuine Dispute.

1. Special Counsel Dellinger was nominated for the position of Special Counsel of the Office of Special Counsel on October 3, 2023, by President Biden. Compl. ¶30.

2. The United States Senate confirmed Special Counsel Dellinger on February 27, 2024. *Id.*

3. Special Counsel Dellinger was sworn in for a five-year term on March 6, 2024. *Id.*

4. 5 U.S.C. § 1211(b) states that the Special Counsel can be removed "by the President only for inefficiency, neglect of duty, or malfeasance in office." *Id.* ¶1.

5. On February 7, 2025, at 7:22PM, Special Counsel Dellinger received an email from Sergio Gor, Assistant to the President and Director of the White House Presidential Personnel Office. The email stated: "On behalf of President Donald J. Trump, I am writing to inform you that your position as Special Counsel of the US Office of Special Counsel is terminated, effective immediately. Thank you for your service[.]" *Id.* ¶31.

Respectfully submitted,

/s/ Joshua A. Matz

| | |
|---|---|
| Kate L. Doniger* | Joshua A. Matz, Bar No. 1045064 |
| HECKER FINK LLP | Jackson Erpenbach, Bar No. 1735493 |
| 350 Fifth Avenue, 63rd Floor | Benjamin Stern* |
| New York, New York 10118 | HECKER FINK LLP |
| (212) 763-0883 | 1050 K Street NW |
| kdoniger@heckerfink.com | Suite 1040 |
| | Washington, DC 20001 |
| | (212) 763-0883 |
| | jmatz@heckerfink.com |
| | jerpenbach@heckerfink.com |
| | bstern@heckerfink.com |

*Attorneys for Plaintiff Hampton Dellinger*

DATED: February 24, 2025