**Judicial Notice, Petition and Petition**

Feb 18, 2024

**Joinder of parties in 1:25-cv-00385-ABJ (Justification is given in this petition)**

**Transfer EDNC federal district court case 5:09cv375:FL to US Federal District Court for District of Columbia**

Leave to File GRANTED

*Amy B Jack*

U.S. District Judge
2/28/2025

Request 4th circuit clerk give petition to Chief Justice Roberts

Petition to consolidate 1:25cv00385-ABJ with 5:09cv375:FL. (even if consolidation is not possible, transfer of all my cases from federal court in NC and CA to federal court in DC is valid claim, because of fraud and deceit by those courts. Therefore DOJ, Attorney General, President, Judge Jackson should take appropriate action to ensure I get justice.)

Petition for EEOC, OSC, US Navy and all employers to take appropriate action and respond.

Rule 19. Required Joinder of Parties
(a) Persons Required to Be Joined if Feasible.
(1) Required Party. A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:
(B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:
(i) as a practical matter impair or impede the person's ability to protect the interest; or
(ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.
(2) Joinder by Court Order. If a person has not been joined as required, the court must order that the person be made a party. A person who refuses to join as a plaintiff may be made either a defendant or, in a proper case, an involuntary plaintiff.
28 U.S. Code § 1651 – Writs
28 U.S. Code §1653. Amendment of pleadings to show jurisdiction. Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts
28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge (a)Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned. He shall also disqualify himself in the following circumstances: Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;
28 C.F.R. Sec. 50.19 establishes procedures to be followed by all government attorneys prior to filing a motion to recuse or disqualify a judge.
28 U.S. Code § 292 - District judges (a)The chief judge of a circuit may designate and assign one or more district judges within the circuit to sit upon the court of appeals or a division thereof whenever the business of that court so requires. Such designations or assignments shall be in conformity with the rules or orders of the court of appeals of the circuit. (b)The chief judge of a circuit may, in the public interest, designate and assign temporarily any district judge of the circuit to hold a district court in any district within the circuit. (d)The Chief Justice of the United States may designate and assign temporarily a district judge of one circuit for service in another circuit, either in a district court or court of appeals, upon presentation of a certificate of necessity by the chief judge or circuit justice of the circuit wherein the need arises.

5 U.S. Code § 702 – Right of review. A person suffering legal wrong because of agency action, or

[RECEIVED Mail Room FEB 21 2025 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia]

adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. .. under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.

This Petition also relates to: 5:09cv375:FL 5:11cv365:BO, 5:12cv29:H, MC 12-80277-RS, 5:13-MC-54-D MC, 5:15:cv259:Br 5:18-MJ-1029-D, 07cvd11248, 08cr40557, and Related Cases,

### Details

I request Commander of Navair, contact and provide copies of this petition to appropriate parties, since I cannot submit copies to all parties, Paul Singshinsuk, Steve Bizzarro, Colleen Crane and Anthony Dowdle, EEOC office have not resolved the matter.

On Feb 8, 2025, I mailed a letter to Judge Myers, President Trump and duty US Attorney in San Francisco. Based on new details I uncovered, many tasks I needed to do and still need to do, I was unable to send Feb 8, 2025 petition to those additional parties mentioned in the letter. Judge Myers, President Trump, US Attorney and all parties, should note, this is amended Feb 8, 2025 petition. The attachments I sent on Feb 8, 2025 are still valid. I just now learnt 4th circuit website explains its executive office provides support to the Circuit Judicial Council, the Circuit Judicial Conference, and the courts of the Fourth Circuit. I request 4th circuit executive clerk, transmit or give this petition to Chief Justice Roberts. Facts and evidence shows, I have sent several documents to his office and Judicial Conference Director's office in DC numerous times before explaining even 4th circuit judicial council judges, and Supreme Court justices have abused process, committed fraud and obstructed justice, and since I have not interacted with Judges or Justices in person, judges and justices have not conducted hearing, I do not know which of many parties are abusing process, committing fraud and obstruction of justice. This can be, defendants, Judges, Justices, law clerks, clerk of court and mail fraud also. Therefore duty require clerk of court, law clerks do not interfere but give this petition to Judges and Justices to resolve and provide a response. Facts and evidence show Judge Myers issued an order on Feb 11, 2021 that was docketed on Feb 12, 2021, and such an order should have been issued before MC 12-80277-RS, 5:13-MC-54-D MC was docketed by Chief administrative judges of EDNC and CA, SF federal courts, and even when Judge Myers issued order, Judges assigned to my case, Matthew Fesak and other US DOJ employees, as well as defendants have not resolved the matter, committed fraud and obstructed justice, and this fraud was continued to be committed on appeal to 4th circuit by 4th circuit judges who knew circumstances and situation under which appeal had been made, timeliness of appeal is not a requirement for reviewing facts and evidence to provide justice, and continued fraud and abuse of process, have been committed by 4th circuit judges in its judicial council, by not rectifying issue when judicial misconduct petition was filed, US DOJ failed to disqualify judges also, provides evidence of aiding and abetting fraud and corruption by all parties. Since my case and controversy involves employer discrimination and adverse action, US DOJ, OSC, EEOC, employers, judges and justices have committed fraud on me and fraud on court, and this involves and includes negligence, fraud and deceit, by OSC employees, employers, judges and justices are benefitting by fraud and corruption, and this applies to OSC also, FRCP 19, provides an avenue to join a litigation, I have sound basis to join litigation in **1:25-cv-00385-ABJ,** since I can show justification how OSC current and prior employees and its current as well as earlier director were negligent and therefore President Trump has justification to remove current Director from office. At the same time, facts and evidence show, since President and his staff have decision making authority to hire and fire federal employees, including its cabinet members and executives of other branches, and therefore it establishes Office of President or Presidency does have a role in employer decisions, and since my case and controversy involves employer discrimination and therefore by tort and/or bivens action federal court had jurisdiction to resolve my case and controversy 5:09cv375:FL. Further facts and evidence show, I had claimed, employer

discrimination, required employers and other defendants had not been added, then federal court could not close 5:09cv375:FL without resolving my dispute and force me to initiate multiple civil cases as I had been made to initiate. Therefore, FRCP 19, joinder of parties, also applies to 5:09cv375:FL. Further gov and courts have claimed courts do not have jurisdiction and also have made assertions that I have not made claims or I do not have valid claim, both of which are false, then due process and duty require for, Judge Jackson and Judge Myers to use authorities 28 U.S. Code § 1651 – Writs and also allow me to use, 28 U.S. Code §1653, since I have right to amend pleadings to show court has jurisdiction, as well as FRCP 9 and 60, how by fraud and deceit, courts have dismissed my case. Judges are issuing orders by omitting and misrepresenting facts and evidence.

Facts and evidence show, US Navy, NAWCAD HR, EEOC and my managers and others at propulsion and power group, as well as Matthew Fesak, George Holding, Rudy Renfer, Neal Katyal, Federal court, 4th circuit judges, Justices of Supreme Court justices knew, I was resolving family relocation and employment discrimination matter, when State of NC arrested me and initiated prosecution case 08cr40557. DE 59 in 5:09cv375:FL shows, gov and court knew, US Navy had discriminated and I was seeking reinstatement with US Navy and therefore required defendants had not been added.

Johnny Clark Email response text Nov 18, 2015.
Mr. Lakshminarasimha,
Per our conversation yesterday, your conversation with Ms. Michelle Baker this morning, and the four faxes/letters you have sent to this office (dated 18, 17, 12 and 11 November), I wanted to provide you with the following information.
You state that you wish to have your "2007" and "2009" complaints be heard along with your instant complaint (2015). Please note that I do not have the authority to grant what you are asking for. Typically, you must request a hearing before you have the opportunity to request consolidation of the cases for the hearing. Once you request a hearing directly with the Baltimore EEOC Field Office, you will receive an acknowledgment notice from them. Once you have that acknowledgement notice, you can then contact the assigned Administrative Judge with your request for consolidation. The assigned Administrative Judge will then make a decision on whether or not to consolidate the cases.
Also, I did want to provide you with the information that my office has on file about the "2009" complaint that you keep speaking of. I have attached the PDF record from our official record-keeping system that outlines all of the events of your "2009" complaint. Per the record, you received your Notice of Final Interview from the assigned EEO Counselor (Sherry Baker) on 9/28/2009. The record does not show you ever filing a formal EEO complaint, which would have needed to be post-marked 15 calendar days from the 9/28/2009. I have also attached a letter that was sent to you 13 March 2012, regarding your requests at that time regarding your "2009" complaint. In that letter, it re-iterates that since you filed with District Court, the Department of Navy lacked jurisdiction and that you needed to direct all correspondence to the Court in which you filed. It also instructed you on how you could go about filing a new complaint with the NAWCAD EEO Office.
In regard to your "2007" complaint, my office does not have any record of you filing an EEO complaint in that year, only those in 2009 and then again in 2015.
VR,
Johnny Clark
Deputy Equal Employment Opportunity Officer
Naval Air Warfare Center Aircraft Division (PAX & LKE)
Equal Employment Opportunity & Diversity Division (7.3.4)
22095 Fortin Circle, Bldg 1489, Room 107, Patuxent River, Maryland 20670

Further since gov and court knew multiple other employers had also discriminated me, and family breakup had occurred when I was attempting to resolve employment and family relocation matter,

therefore due process and duty required for US DOJ, EEOC, OSC to investigate and resolve matter and I as a private citizen do not know, duties and responsibilities of all parties. Documents I have submitted to 4th circuit and US Supreme Court provides some of the names of employers who had discriminated. Therefore due process and duty required, gov and court to add these employer defendants and resolved matter related to not only discrimination by my prior employers, Boyce Engineering, EPRI, GE, US Navy, but also employers who had interviewed and not hired. Therefore since required defendants had not been added, burden and duty to investigate and resolve matter did not rest with alone, as well as since FRCP 19 provides avenue to add defendants, gov and court can add defendants on their own or on notice, 28USC1653 provide avenue to show how I can amend pleadings to show courts have jurisdiction, I have claim, FRCP 9 and 60 provides avenue for court to open dismissed cases, then due process and duty require gov and court to resolve matter by reopening 5:09cv375:FL. Further, since, due process and duty require for President, Article 1, 2, 3 to provide justice, several corporate and federal agency employees and their executives, EEOC, OSC, judges and justices have deceived me, then court should use new judges and justices to resolve matter, since judges and justices assigned to my case have committed fraud and obstructed justice, and this applies to 1:25-cv-00385-ABJ also. Since Judge assigned to 1:25-cv-00385-ABJ has not deceived me as well as Judge Myers, when Judge issued order in 2021, but Judge Myers as chief administrative judge is failing to recognize other judges have failed to resolve matter when he issued order, then I request Judge Myers recuse himself, transfer all my cases to federal court in District of Columbia. If Judge Myers do not take action, duty require for Justice Roberts to take action, since I have sent notice to him several times and since he has not duty require for President Trump and/or US DOJ duty attorney to intervene and if not I have a valid case, against Trump or duty under bivens action. Duty to requires for, FBI and US attorney Rudy Renfer or US DOJ duty attorney to resolve matter because, facts and evidence as well as details I provided in my petition had explained that since I was resolving employment discrimination and family relocation matter, when State of NC initiated 08cr40557, as well as since another CA DMV ticket case was active, due process and duty required for US DOJ personnel to resolve matter did not, and by deceiving me, shifting burden on me, I was forced to initiate civil case before discovery 5:09cv375:FL and appeal, when my case was on appeal, employers, gov and court has come to know names of employers who had discriminated, and since these defendants had not been identified or named, then even if I did not know, government and court knew, there were other defendants, gov and/or court can add or drop a defendant, gov and court knew, even if I did not know, US DOL, EEOC, OSC could intervene, investigate and resolve matter, have not intervened, and Judge Flanagan, Matthew Fesak, George Holding and others have committed fraud on court, dismissed and closed case, forced me to initiate multiple other cases by fraud and deceit.

Reason Rudy Renfer, EEOC, OSC, US DOL are defendants is because, in addition to employers multiple parties had probable cause to target me and my family to obstruct justice, I did not know how to resolve my employment and family relocation matter, State of NC had initiated prosecution case 08cr40557, forcing me to live away from family and therefore I had contacted, US DOJ, then FBI and US DOJ employees in Raliegh, NC using EEOC, OSC, US DOL, MSPB should have resolved the matter, by transferring 08cr40557 and CA traffic ticket to federal court, seeking a court order to investigate and prosecute employers and other defendants, allowing me to go home and live with family, by providing unemployment insurance as interim relief, since I did not know relief and remedies. Under these circumstance gov and court cannot expect that I as a private citizen should know who are all the defendants, what is claim against defendants and what are the relief and remedies available. Burden to investigate and prosecute, could not be transferred to me. Gov and court needed to resolve discrimination, retaliation and family break up matter, removing 08cr40557. Gov and court needed to resolve matter before US Supreme Court issued its opinion in Ashcroft vs Iqbal. If FBI and US DOJ, found I could not go back home, then, they needed to explain why, as well as there was no color of law violation by Town of Cary and State of NC, and provide interim relief as it relates to daily rental and living expenses. Since I have provided significant details how many employers and insurance companies

including Town of Cary police have discriminated me, manipulated facts and evidence, and obstructed justice over time later, there is preponderance of failure to hire evidence, then government and court know or knew, federal court had jurisdiction to resolve employment and family relocation and resettlement matter, and family breakup matter, using 5:09cv375:FL, if FBI, US DOJ did not removing 08cr40557.  Since Matthew Fesak and Judge Flanagan and other judges in EDNC and 4th circuit Judges, Judge Seeborg, Justice of Supreme Court assigned to my case have not resolved matter on notice, have continued to cover it up, due process require for federal court in District court to resolve matter.  Duty requires for Justice Roberts, 4th circuit Judges or Judge Myers to recuse from case and allow, federal court in District of Columbia resolve matter.

I request court to name Rudy Renfer, Matthew Fesak, Judge Flanagan, Paul Singshinsuk, EPRI, GE, Duke Energy, Town of Cary, Director EEOC, Director of OSC, Secretary of Labor as defendants in 5:09cv375:FL. If US Navy requires I need to add Secretary of Navy as defendant so that court has jurisdiction to provide relief related to reinstatement, then I request court to add Secretary of Navy as defendant. I also request court add EPRI, GE, Duke Energy, Michael Medford, Kevin Joyner Zebulon Anderson,  Richard Daugherty. Claim against Richard Dagherty is that he failed to provide proper information related to employer discrimination so that I can resolve employer discrimination issue. He needs to return $100 dollars and punitive damages applies to him. While discrimination and failure to apply to EPRI, GE, Duke Energy, fraud, abuse of process and failure to ensure justice is done applies to Michael Medford, Kevin Joyner and Zebulon Anderson. I do not know which employer each of these companies are representing. While I did not know, EEOC, Title VII, failure to hire, they gov and court knew, facts and evidence I have shared with employers, these attorney, gov and court provide significant evidence of discrimination and failure to hire by employers, and they instead of ensuring justice is done have failed to resolve matter, but deceived public and therefore committed fraud on court. To ensure, this does not occur, claim against them and company they represent applies. US DOL, EEOC, OSC, US DOJ, failed to resolve employer discrimination matter, when I provided details to them and therefore fraud, aiding and abetting fraud and corruption applies to them. Since office of President, OSC, US DOJ, judges and justices have not resolved matter, they may deceive public when court issues order in, in 1:25-cv-00385-ABJ, and this has occurred in Ashroft vs Iqbal also, I have right to join in case and also seek appropriate case consolidation with 5:09cv375:FL, if appropriate. A method to misrepresent intent and purpose of joinder can be done. Therefore duty requires for court to conduct hearing with me, clerk of court, US DOJ, EEOC, US Navy, DOL, OSC and office of president employees.

Claim against, Rudy Renefer, Matthew Fesak, Judge Flangan, Chief Justice Roberts and others in 4th circuit, Judge Seeborg in California, clerk of court and law clerks involves not only wilful negligence, aiding and abetting fraud and corruption but also claim that hey have deceived me and committed fraud on court, and likely benefitting from employers and other defendants. Claim against Town of Cary, State of NC, involve that they have arrested me initiated criminal prosecution case 08cr40557, forced me to live away from family, forced me to live in Apartment or hotels without income, have entrapped my wife and children, to benefit from me and family, and not provided rental and living expenses till case is resolved since I had right to use minivan and live at home, both of which had been jointly purchased, have manipulated facts and evidence of case, have not provided or returned my minvan keys, have not given sacred thread, have dismissed 08cr40557 in violation of due process, have failed to take my complaint. Therefore I have a claim of daily rental and living expenses and punitive damages till my right to dignity and life with my family is resolved. Value of Sacred thread they have cut is incalculable, and could be billions to trillions of dollars. Claim against Paul Singshinsuk and US Navy involves that they have discriminated when hiring, when employed, when I was made to live and reapply, did not approve remote work authorization, did not provide leave of absence option, have not hired me back when I reapplied when qualified, and not provide SF-50 and SF-8, have not provided unemployment insurance benefit, have fraudulently concealed relief and remedy, and if they had provided proper

information and training related to EEOC, OSC, MSPB, then I would have shown, that GE, EPRI, Boyce Engineering have discriminated me, and therefore, I would have gone back to work for GE also.

Please review date of the following email..

From: Dr.Meherwan P. Boyce To: 'arkalgud simha' ; jgermain@powerconstruction.com Cc: jre1@cdc.gov ; elghobashyn@asme.org Sent: Wednesday, November 16, 2005 11:06 AM
Subject: RE: Trip Report — PEMD sessions.
Dear Babu:
Thank you one again for stepping in and taking care of the two sessions. You did a good job and I am much indebted to you for stepping in at the last minute. I look forward to meeting you again in the near future.
Best Regards, Dr. Meherwan P. Boyce, P. E.
THE BOYCE CONSULTANCY GROUP,LLC. 2121 KIRBY DRIVE HOUSTON.

Date: Mon, 26 Nov 2007 17:05:00 -0800 (PST)
From: arkalgud simha <arkalgud_simha@yahoo.com>
Subject: RE: 4.4.7.1 -- Email Addressee's only
To: "Bizzarro, Steven R. CIV NAVAIR AIR-4.4.7" <steven.bizzarro@navy.mil>
"Bizzarro, Steven R. CIV NAVAIR AIR-4.4.7" <steven.bizzarro@navy.mil> wrote:
Babu,
Let me begin by saying that I don't have a clue as to what your saying... Paul and I both have been doing whatever we could to help you find a position...anywhere. I've agreed to have you use me as a reference and not once has anyone called to ask me a question on your prior work experience. Internally we have tried to accommodate you by letting those people that have openings that align with your skill sets know of your availability.. Please contact our HRO office if you need additional assistance
VR, Steve

During 2005-2007 Navy, NASA and FAA did not provide Title VII process information required to file and resolve employer discrimination complaint. I had been interviewed by Thomas Enyart and Paul Fontaine of FAA, Steve Shankle of Pacific National Lab, Joseph Minkstein of Pacific Gas and Electric and by NASA. Navy, EPRI, NCSU, Duke Progress Energy had discriminated. Government and Navy, corporate and federal employers are participant in national origin, race and religion as well as age/Experience discrimination, conspiracy against rights and retaliation, as evidenced by they interfering with my employment with Pratt and Whitney (Alan Valponi), Duke Energy (Eric Northeim), Boeing in 2002, pushing me to lower salary and grade. Therefore they had violated No FEAR Act, concealed and abused EEO and EEOC process, resorted to criminal conspiracy against rights by causing insurance and accident, and continuous harassment events that had been caused and used to secure false testimony, by causing fear to my children, commit marriage and divorce fraud and waiting for appropriate opportunity to break family using abuse of ex parte and family court, while concealing administrative remedy. They have done so in July of 2007 to which preponderance of evidence has been provided. Before 5:09-cv-375:FL was filed, FBI, Laura Tripp and Rudy Refer had received specific new evidence of discrimination by Duke Progress Energy (Mike Ligett, Eric Northeim, Steve Fordyce, Peter Goddard) and FAA (Thomas Enyart, Paul Fontaine) based on Jan-May 2009 interviews. State of NC had initiated prosecution case 08cr40557, in order to take control of my wife and children, cause insecurity and anxiety, and benefit from coming to know of my family situation, employment income and intellectual property, and therefore due process and duty required FBI, US attorney's office in addition to EEO and EEOC also had jurisdiction. In addition, based on law, US DOJ needed to also needed to provide Title VII **and US DOJ 8.2-211 information**. They did not. Since a complaint had been filed in federal court, then court had jurisdiction, since employers had not only discriminated, but also had caused retaliation

harm, as well as in additon to employers both state and federal law enforcement have concealed their own knowledge and duty to prevent discrimination and retaliation, have obstructed justice by dismissing my case, when I had standing and federal court had jurisdiction. Since required defendants had been added, duty required for gov and court to conduct hearing, issued an order for gov to investigate and provide suitable relief. By not doing duty, misrepresenting facts, evidence and law, due process, Judge Flanagan, George Holding, NC and 4th circuit courts and US Supreme Court have deceived me and public and obstructed justice. Therefore duty require, 4th circuit provide copy of this petition to Chief Justice Roberts.

Since Office of President does take action involving executive officials and federal work force, failure to take action by someone in office of president or by US DOJ, provided nexus or jurisdiction for court to resolve matter, have dismissed the case in violation of due process, since 4th circuit courts, CA, SF court, and US Supreme Court have failed to resolve matter when court had jurisdiction, it provides evidence of abuse of process, fraud and deceit, by government and court. Since facts and evidence show, I had claimed and shown, I had completed one year probationary period as a federal civilian employee, Paul Singshinsuk and US Navy instead of approving remote work authorization or providing leave of absence option, has made me leave and reapply, and neither Navy nor my other prior employers where I worked earlier or other employers had applied, employers and insurance companies had probable cause in addition to discriminating me, not hiring me, breakup family and benefit, causing insecurity and anxiety, had not hired, then due process and duty required for US DOJ, OSC, EEOC to investigate and resolve matter, have not and therefore duty required for Judge Flanagan or 4th circuit or US Supreme court to resolve matter, have dismissed 10-934, and 4th circuit courts have committed fraud by allowing Judge Flanagan close and dismiss 5:09cv375:FL, forcing me to initiate new cases. All of this required for federal court or 4th circuit or US Supreme Court to resolve matter on notice, have not. Facts and evidence show, US Navy EEO, Insurance Companies and Town of Cary Police have manipulated evidence and obstructed justice. Facts and evidence show, Judge Myers did issue an order, and based on that order, federal district judges in NC needed to resolve matter have not. Facts and evidence show, I had been forced to deal with many issues during that time, and I could not have been forced to appeal.

Facts and evidence show I do not have any issue with prior employers, but fact that Navair, has given lower salary and grade, Boyce Engineering, EPRI, GE, have discriminated me, and other employers have failed to hire when qualified, Town of Cary, Navair EEO, State Farm have manipulated records, multiple events have occurred that show multiple individuals and entities have targeted me and family, cause insecurity and anxiety is possible, US Navy, EEOC, OSC, US DOJ, or courts have not resolved matter provide evidence of fraud and coverup, aiding and abetting corruption. Since Steve Bizzaro indicated that I contact HR Office to resolve matter, then duty required for Navy HR to resolve matter and since they have not, and I did not what were the duties and responsibilities were, I learnt about EEOC and OSC later that they have duty to ensure federal civilian employees are not discriminated by employers, to obtain relief for victims of employment discrimination, EEOC has claimed in, Case No. 02-51272, Robin martin, v. Alamo community has filed a brief – "Because of the plaintiff's detrimental reliance on EEOC and the district court's representations, coupled with the important policy concerns against penalizing a plaintiff who has acted reasonably and with due diligence, the Commission offers its views to the Court. See Fed. R. App. P. 29(a) (authorizes a government agency to file an amicus curiae brief "without the consent of the parties or leave of court").". Then, due process and duty required for US DOJ, OSC, EEOC to intervene when my case was on appeal in 09-2276 and 10-1080, and when my US Supreme Court case 10-934 had been filed, and for 4th circuit and US Supreme Court needed to explain how common citizens resolve their employment discrimination problem when seeking employment, when employed or when made to leave by adverse action, and what interim relief I am and I was entitled to. Yet since Navy, EEOC, OSC, US DOJ have not resolved matter provide evidence gov and court are benefitting from my claim without resolving issues. Therefore they can be defendants.

Facts and evidence show at that time in May 29, 2021 I did not know anything about unemployment insurance, and I learnt and attempted to make claim as records in Jan 20, 2022. I request Judge Myers and US attorney's office and NC division of employment to refer to that letter. I certify I have talked to Judge Myers once assuming person who answered the phone call when I called his Chambers was Judge Myers and during that call Judge Myers said that he will review documents that I mail to him and if it is served on other parties he will respond as law allows or something like that. Based on that phone call, facts and evidence Judge Myers knows or should know now, that court order should have included Judge Seeborg also, due process and duty required for Judges to consider all relevant facts that they had not considered earlier to consider and decide on the case, because constitution provides or explain fundamental duty of government is to provide justice. Even if I did not know, due process and duty required for Matthew Fesak and Rudy Renfer or Neal Katyal or Judges to resolve matter on notice, have not. I now have recovered document, Merrick Garland as past Court of appeals Judge and Attorney General had sufficient duty to disqualify Judges and for Justices of Supreme court to assign an independent judge to resolve matter, have not. All of this requires for government to open State of CA traffic ticket case and State of NC case 08cr40557, remove the case to federal court, conduct court hearing with me, my family, clerk of court, State and federal government officials, employers and resolve the matter.

I request, Michael Medford, Kevin Joyner, Zebulon Anderson provide copies to EPRI, GE, Duke Progress Energy. Commander, NAWCAD should note, I plan to fax this letter to Navair/NAWCAD Gen Counsel Anthony Dowdy/Colleen Crane and Navair EEO office, and email to inspector general office also. This is legal notice of fraud and corruption against these private attorney's also. I plan to make a claim of $10 million dollars each against these attorneys or their companies, which is separate and apart from claim against employers. I have sufficient reason to believe these attorney's, Richard Daugherty, George Holding, Rudy Renfer, court employees and others have sufficient capability to manipulate process and benefit themselves without leaving trace how they judges and justices have benefitted from my claims or indirect bribery. I claim intellectual property to all reasoning and logic, method I have used to get fair justice in my case.I am mailing copy of 5:18MJ1029:D order and attachments to only CA Federal Court, Duty attorney, in CA and The President.

Michael Medford, Kevin Joyner Zebulon Anderson Richard Daugherty must know, US DOJ, government and court have deceived me committed fraud on me and fraud on court before and when you became involved in the case and controversy, due process and duty required for you to represent and explain what happened to not just employers but public and by not allowing court to conduct hearing and resolve matter, you have used those methods to dismiss case, have done so to coverup evidence, US DOJ and Judges have allowed this coverup to succeed and therefore you, US DOJ and Judges assigned to case have deceived me, committed fraud on court and obstructed justice. Even though 5:09cv375:FL was not a case you were involved in, fraud and deceit have occurred in all cases I was made to file 5:09cv375:FL 5:11cv365:BO, 5:12cv29:H, MC 12-80277-RS, 5:13-MC-54-D MC, 5:15:cv259:Br 5:18-MJ-1029-D by fraud and deceit, shifting burden on me, and therefore complaint claim applies to both employers and attorneys representing these employers and therefore duty require to ensure that you contact me, schedule court hearing, appear in court and ensure Judge in presence of Jury will conduct hearing and resolve the matter.

I request court to name Rudy Renfer, Matthew Fesak, Judge Flanagan, Peter Statt Moore, Paul Singshinsuk, EPRI, GE, Duke Progress Energy, Town of Cary, Director or Commissioner of EEOC, Director of OSC, Secretary of Labor, EPRI, GE, Duke Energy, State Farm, Progressive Insurance, Electric Insurance, Michael Medford, Kevin Joyner Zebulon Anderson, Richard Daugherty, as defendants in 5:09cv375:FL. Employers, Town of Cary, Rudy Renfer were defendants before and when I

was made to initiate 5:09cv375:FL I could have shown employers have discriminated by failure to hire, by race, religion, national origin, age if US DOJ, EEOC, OSC, employers had interacted with me between 1994-2009 before I initiated 5:09cv375:FL, by providing proper information and training, have not, and have not taken action even after I initiate 5:09cv375:FL, are continuing to deceive me, and this fraud and deceit applies to 4th circuit Judges and Justices in US Supreme Court that handled Ashcroft vs Iqbal and 10-934 or my case, therefore I have right join, case in federal district court case **in 1:25-cv-00385-ABJ,** because I can show Directors of OSC and its employees neglected to do duty, and this claim applies to Navy, EEOC, and all defendants in my case. Facts and evidence show, I have provided significant evidence that show I have valid claims against all parties, Judge Flanagan and other federal court in NC, 4th circuit and US Supreme Court had sufficient information to know court has and had jurisdiction, what the claim against each party are, but they have covered up these claims and documents, and have obstructed justice. Defendants, gov and court are using mail and internet fraud, clerk of court, law clerks to commit fraud and obstruct justice. I request court to conduct hearing with US attorney, clerk of court, and all defendants in my presence. I seek daily rental and living expeneses, unemployment insurance, court costs and attorney fee, travel and other expenses for me to come to court and resolve matter. I will be able to fix any defect in this petition. Because of uncertainty and anxiety, there could be omission & inadvertent mistakes.

I certify, I have mailed this letter to all parties mentioned in this letter on Feb 18, 2025.

1. President of the USA, The Whitehouse, 1600 Pennsylvania Avenue NW, Washington, DC 20500
2. U.S. Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415-1000
3. Commander, NAWCAD, 22347 Cedar Point Road, Building 2185, Suite 3250, Patuxent River, MD 20670-5304
4. Equal Employment Opportunity Commission, Office of Federal Operations, P.O. Box 77960, Washington, D.C. 20013
5. Michael Medford, PO Box 20389, Raleigh, NC 27619
6. Kevin Joyner, PO Box 31608, Raleigh, NC 27622
7. Zebulon Anderson, PO Box 2611, Raleigh, NC 27602
8. Director, Administrative Office of the United States Courts, Judicial Conference of the United States, One Columbus Circle, NE, Washington, D.C. 20544
9. Duty Attorney, US DOJ N Dist of CA, 450 Golden Gate Ave, San Francisco, Box 36055, CA 94102
10. Mark B. Busby, US Federal District Court, Northern District of CA, 450 Golden Gate Ave, San Francisco, Box 36060, CA 94102-3489
11. Judge Myers, Alton Lennon Federal Building and Courthouse, 2 Princess Street, Wilmington, NC 28401
12. Chief Justice Roberts, Attn: James N. Ishida, Lewis F. Powell, Jr. United States Courthouse Annex. 1000 East Main Street, Richmond, Virginia 23219-3517
13. Richard Daugherty, 313 Granville Rd, Chapel Hill, NC 27514
14. US Dept of Labor, 200 Constitution Ave NW, Room N-5641, Washington, DC 20210
15. Michelle A. Baker, EEO Director, 47123 Buse Road, Patuxent River, Maryland 20670
16. EPRI, 3420 Hillview Ave, Palo Alto, CA 94304
17. General Electric, 1 Old River Rd, Schenectady, NY 12345
18. Commander, Naval Air Systems Command, 47123 Buse Road, Building 2272 Suite 540, Patuxent River, MD 20670
19. The U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001

Respectfully Submitted,   /signature/   Feb 18, 2025
Arkalgud Lakshminarasimha (Ark / Babu Simha)   (806) 584-6558   Feb 18, 2025
2602 6th Av Apt 2, Canyon, TX 79015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Virginia Court of Appeals

March 9, 2010

Refer 09-2276 and 10-1080
Lakshminarasimha vs FBI et al.

**Notice to other parties**

Clerk of Court
1100 East Main Street, St 501
Court of Appeals, Richmond, Virginia 23219-3517

FILED

MAR 1 2 2010

U.S. Court of Appeals
Fourth Circuit

US Attorney, Mathew Fesak or To Whom It May Concern
310 New Bern Av, S: 800, Raleigh, NC 27601-1451

## Consolidated Case Ref No. 09-2276

FBI had been informed of employment related issues for quite sometime. Since a large number of corporations and companies have participated in discrimination, few corporations have been notified. Government has sufficient information relative to. descrimination by other parties

Letters by US Postal Mail were sent to a) Formal Federal Employer, b) Progress Energy, c) General Electric, d) EPRI, e) US Patents and Trade Mark, f) Pacific Gas and Electric Company (email). A copy of these communications has been sent to FBI by email. List of other companies have either been given to FBI and/or in the case file. NASA, FAA, Boeing, Honeywell, Northrup Grumman etc

I have sent this letter by first class mail to US courts of Appeal and US Attorneys office

Sincerely,

Arkalgud Lakshminarasimha
PO Box 915
Cary, NC 27512

was made to initiate 5:09cv375:FL I could have shown employers have discriminated by failure to hire, by race, religion, national origin, age if US DOJ, EEOC, OSC, employers had interacted with me between 1994-2009 before I initiated 5:09cv375:FL, by providing proper information and training, have not, and have not taken action even after I initiate 5:09cv375:FL, are continuing to deceive me, and this fraud and deceit applies to 4th circuit Judges and Justices in US Supreme Court that handled Ashcroft vs Iqbal and 10-934 or my case, therefore I have right join, case in federal district court case **in 1:25-cv-00385-ABJ,** because I can show Directors of OSC and its employees neglected to do duty, and this claim applies to Navy, EEOC, and all defendants in my case. Facts and evidence show, I have provided significant evidence that show I have valid claims against all parties, Judge Flanagan and other federal court in NC, 4th circuit and US Supreme Court had sufficient information to know court has and had jurisdiction, what the claim against each party are, but they have covered up these claims and documents, and have obstructed justice. Defendants, gov and court are using mail and internet fraud, clerk of court, law clerks to commit fraud and obstruct justice. I request court to conduct hearing with US attorney, clerk of court, and all defendants in my presence. I seek daily rental and living expeneses, unemployment insurance, court costs and attorney fee, travel and other expenses for me to come to court and resolve matter. I will be able to fix any defect in this petition. Because of uncertainty and anxiety, there could be omission & inadvertent mistakes.

I certify, I have mailed this letter to all parties mentioned in this letter on Feb 18, 2025.

1. President of the USA, The Whitehouse, 1600 Pennsylvania Avenue NW, Washington, DC 20500
2. U.S. Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415-1000
3. Commander, NAWCAD, 22347 Cedar Point Road, Building 2185, Suite 3250, Patuxent River, MD 20670-5304
4. Equal Employment Opportunity Commission, Office of Federal Operations, P.O. Box 77960, Washington, D.C. 20013
5. Michael Medford, PO Box 20389, Raleigh, NC 27619
6. Kevin Joyner, PO Box 31608, Raleigh, NC 27622
7. Zebulon Anderson, PO Box 2611, Raleigh, NC 27602
8. Director, Administrative Office of the United States Courts, Judicial Conference of the United States, One Columbus Circle, NE, Washington, D.C. 20544
9. Duty Attorney, US DOJ N Dist of CA, 450 Golden Gate Ave, San Francisco, Box 36055, CA 94102
10. Mark B. Busby, US Federal District Court, Northern District of CA, 450 Golden Gate Ave, San Francisco, Box 36060, CA 94102-3489
11. Judge Myers, Alton Lennon Federal Building and Courthouse, 2 Princess Street, Wilmington, NC 28401
12. Chief Justice Roberts, Attn: James N. Ishida, Lewis F. Powell, Jr. United States Courthouse Annex. 1000 East Main Street, Richmond, Virginia 23219-3517
13. Richard Daugherty, 313 Granville Rd, Chapel Hill, NC 27514
14. US Dept of Labor, 200 Constitution Ave NW, Room N-5641, Washington, DC 20210
15. Michelle A. Baker, EEO Director, 47123 Buse Road, Patuxent River, Maryland 20670
16. EPRI, 3420 Hillview Ave, Palo Alto, CA 94304
17. General Electric, 1 Old River Rd, Schenectady, NY 12345
18. Commander, Naval Air Systems Command, 47123 Buse Road, Building 2272 Suite 540, Patuxent River, MD 20670
19. The U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001

Respectfully Submitted, *[signature]* Feb 18, 2025
Arkalgud Lakshminarasimha (Ark Babu Simha)   (806) 584-6558   Feb 18, 2025
2602 6th Av Apt 2, Canyon, TX 79015