UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HAMPTON DELLINGER** *in his personal capacity and in his official capacity as Special Counsel of the Office of Special Counsel*,<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT BESSENT** *in his official capacity as Secretary of the Treasury*, *et al.*,<br><br>Defendants. | Civil Action No. 25-0385 (ABJ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 56 and 58 and for the reasons stated in the accompanying Memorandum Opinion [Dkt. # 32], it is hereby **ORDERED** that plaintiff's motion for summary judgment and motion for a permanent injunction [Dkt. # 23] is **GRANTED**, and the Court hereby enters judgment in favor of plaintiff on Count One. Defendants' motion for summary judgment [Dkt. # 22] is **DENIED**.

Furthermore, for the reasons set forth in the Memorandum Opinion:

It is **DECLARED** that plaintiff Hampton Dellinger is the Special Counsel of the Office of Special Counsel, having been appointed by the President and confirmed by the United States Senate on February 27, 2024.

It is further **DECLARED** that the February 7, 2025 email from the Assistant to the President, Director of Presidential Personnel Office, The White House, announcing plaintiff's termination was an unlawful, ultra vires act in violation of 5 U.S.C. §1211(b). Therefore, it is null and void, and plaintiff is and shall be the Special Counsel of the Office of Special Counsel for the remainder of his five-year term unless and until he is removed in accordance with 5 U.S.C. §1211(b).

It is further **DECLARED** that any recognition of an Acting Special Counsel in his place is unlawful.

In accordance with this declaratory judgment, it is hereby **ORDERED** that defendants Secretary Scott Bessent, Director Sergio Gor, Principal Deputy Special Counsel Karen Gorman, Chief Operating Officer Karl Kammann, and Director Russell Vought are **ENJOINED** as follows:

As of the date of this order, March 1, 2025, through the expiration of plaintiff's five-year term as Special Counsel, defendants Bessent, Gor, Gorman, Kammann, and Vought must recognize plaintiff's title and position as Special Counsel of the Office of Special Counsel; they must not obstruct or interfere with his performance of his duties; they must not deny him the authority, benefits, or resources of his office; they must not recognize any Acting Special Counsel in his place; and they must not treat him in any way as if he has been removed, or recognize any other person as Special Counsel or as the head of the Office of Special Counsel, unless and until he is removed from office in accordance with 5 U.S.C. §1211(b).

Given the entry of judgment, the Temporary Restraining Order issued on February 12, 2025 [Dkt. # 14] and extended on February 26 [Dkt. # 27] until today is hereby **VACATED.**

This is a final appealable order.

**SO ORDERED.**

*[signature: Amy B Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE:  March 1, 2025.