IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER,<br><br>    *Plaintiff*,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-00385-ABJ |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's memorandum opinion and order granting Plaintiff's cross-motion for summary judgment and denying Defendants' motion for summary judgment.  *See* ECF Nos. 32, 33.

Dated: March 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*