IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMPTON DELLINGER, *Plaintiff*, v. SCOTT BESSENT, *et al.*, *Defendants*. | Civil Action No. 1:25-cv-00385-ABJ |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Madeline M. McMahon and enter the appearance of Jeremy S.B. Newman as counsel for Defendants in this matter. Mr. Newman hereby certifies pursuant to Local Civil Rule 83.2(f) that he is personally familiar with the Local Rules of this Court.

Dated: March 3, 2025

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
(DC Bar No. 1024112)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Counsel for Defendants*