AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hampton Dellinger | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00385 |
| Scott Bessent, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hampton Dellinger.

Date:   03/03/2025

/s/ Kate L. Doniger
*Attorney's signature*

Kate L. Doniger, Bar No. 65901
*Printed name and bar number*

HECKER FINK LLP
350 Fifth Avenue
63rd Floor
New York, NY 10118
*Address*

kdoniger@heckerfink.com
*E-mail address*

(646) 438-5826
*Telephone number*

(212) 564-0883
*FAX number*