AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hampton Dellinger | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00385 |
| Scott Bessent, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hampton Dellinger.

Date: 03/03/2025

/s/ Benjamin Stern
*Attorney's signature*

Benjamin Stern, Bar No. 65911
*Printed name and bar number*

HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
*Address*

bstern@heckerfink.com
*E-mail address*

(646) 561-9423
*Telephone number*

(212) 564-0883
*FAX number*