# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5028**  **September Term, 2024**

**1:25-cv-00385-ABJ**

**Filed On: April 10, 2025** [2110341]

Hampton Dellinger, in his personal capacity
and in his official capacity as Special
Counsel of the Office of Special Counsel,

    Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

    Appellants

## M A N D A T E

In accordance with the order of February 15, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed February 15, 2025